REUBEN DAVIS AND RACHEL SMITH, *Plaintiffs in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed August 5, 1918.

PER CURIAM.—Plaintiffs in error were convicted of murder in the first degree with a recommendation to the mercy of the court and under the statute sentenced to life imprisonment. Sections 3205, 3994, Gen. Stats. 1906, Compiled Laws, 1914.

The evidence of the identity of the plaintiffs in error as being the guilty parties is such that it is considered just and right that a new trial should be granted. Platt v. State, 65 Fla. 253, 61 South. Rep. 502; Nims v. State, 70 Fla. 530, 70 South. Rep. 565.

Writ of error to Circuit Court for Seminole County; J. W. Perkins, Judge.

Reversed for a new trial.

All concur.

*George A. DeCottes,* for Plaintiffs in Error.

*Van C. Swearingen,* Attorney General, for the State.